[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

**RECEIVED**

**MAY 07 2026**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

........Wilibaldo Martinez-Vivanco.....

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

United States of America, et al.

_____

Case No: __3:23 CV-50244_____
(To be supplied by the Clerk of this Court)

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:                    **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

___X___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

   A.    Name: Wilibaldo Martinez-Vivanco

   B.    List all aliases: El Caballo, Flaco, El Diablo, William

   C.    Prisoner identification number: 34324-044

   D.    Place of present confinement: None

   E.    Address: Previously: USB Coleman P.O. Box 1034 Coleman Fl 33521

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant: United States of America, et al.

       Title:

       Place of Employment: BOP USP Thomson

   B.    Defendant: Lt. Brywer

       Title: Lieutenant

       Place of Employment: BOP USP Thomson

   C.    Defendant: Other officers working that day

       Title:

       Place of Employment: BOP USP Thomson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

(If you need additional space for ANY section, please attach an additional sheet and reference that section.)

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ N/A _____

_____

B.   Approximate date of filing lawsuit: _____ N/A _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:
_____ N/A _____
_____
_____

D.   List all defendants: _____ N/A _____
_____
_____
_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.   Name of judge to whom case was assigned: _____ N/A _____
_____

G.   Basic claim made: _____ N/A _____
_____
_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____
_____
_____

I.   Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

(If you need additional space for ANY section, please attach an additional sheet and reference that section.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 18, 2022 at about 10:00 a.m. I advised Lt. Brywer that my cellmate was threatening me with killing me. Lt. Brywer forced me to return to my cell, even knowing my cellmate was an active gang member. When I told Lt. Brywer about this issue Lt. Brywer respended "Fuck that, go get killed then, If you refuse I'm going to fuck you up and put you in restrints."

When I went into the cell my cellmate attacked me and several minutes passed before I was rescued.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(If you need additional space for ANY section, please attach an additional sheet and reference that section.)

## V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to grant me any and all relief that is possible for the life threatening injury that ocurred to me due to BOP Staff members being negligent in their duties to protect me.

## VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___3rd___ day of ___May___, 20_26_

_____
(Signature of plaintiff or plaintiffs)

Wilibaldo Martinez-Vivanco
(Print name)

34324-044
(I.D. Number)

7307 N. First St.
Edinburg, TX 78542
(Address)

Revised 9/2007
(If you need additional space for ANY section, please attach an additional sheet and reference that section.)